UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Docket No. '23 MJ0581 |
| Plaintiff, | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | Title 8, U.S.C. § 1324(a)(1)(A)(ii) |
| | ) | Transportation of Illegal Aliens |
| Shannon Marie POLLARD, | ) | |
| Defendant. | ) | |

The undersigned complainant being, duly sworn, states:

On or about February 21, 2023, within the Southern District of California, defendant Shannon Marie POLLARD, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that a certain alien, namely, Christian Esteban LOAIZA-Romero, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON FEBRUARY 22, 2023.

HON. BARBARA L. MAJOR
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Shannon Marie POLLARD,**

## PROBABLE CAUSE STATEMENT

The complainant states that Christian Esteban LOAIZA-Romero, is a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial by subpoena; and he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On February 21, 2023, Border Patrol Agents H. Buenrostro, P. Pincoski, and K. Hunter, were performing assigned duties in the Imperial Beach Border Patrol Station's area of responsibility. Agents Pincoski and Hunter were dressed in plain civilian clothes, wearing their Border Patrol issued outer body armor with badges and insignia fully visible and both Agents were driving unmarked Border Patrol vehicles. At approximately 7:35 AM, Agent Buenrostro observed a personal watercraft (PWC) headed north in Mexican waters and cross the Maritime boundary line, continuing north approximately three fourths of a mile offshore. Agent Buenrostro notified of his observations via service radio and the Joint Harbor Operations Center (JHOC) took note of the PWC. At approximately 7:40 AM, JHOC notified Agents that they had located the reported PWC as it headed north from Mexican waters into the United States waters. JHOC broadcast that the PWC headed north just beyond the surf line of the Pacific Ocean, headed toward the Imperial Beach Pier.

At approximately 7:41 AM, Agent Pincoski responded and as he was driving south on Seacoast Drive approaching Imperial Beach Boulevard, he overheard via service radio the Imperial Beach Lifeguards had seen an individual disembark a PWC and run east past the beach and get into a white Toyota Rav4 driven by an individual with pink hair. As Agent Pincoski approached the intersection of Seacoast and Imperial Beach Boulevard, he observed a white Toyota Rav4 being followed by a marked Lifeguard truck, make a right turn and proceed eastbound onto Imperial Beach Boulevard. Agent Pincoski caught up to the Rav4 and requested record checks on the white Rav4. Agent Pincoski continued to follow the Rav4 as the driver began looked around in a frantic manner, constantly searching through the mirrors and reorienting her head as if looking around while driving straight. The Rav4 then turned left and proceeded northbound on Connecticut street. As Agent Pincoski observed the Rav4 speed up to over 30 miles per hour along a school zone. When the Rav4 came to the intersection of Connecticut and Elm Avenue the driver stopped abruptly and remained static for approximately 30 seconds before turning right onto Elm Avenue toward an Exit only One-Way on Encina Avenue and 7th street. Agent Pincoski activated the emergency lights and siren on his unmarked service vehicle with Agent Hunter who had responded behind him for backup. The

**CONTINUATION OF COMPLAINT:**
**Shannon Marie POLLARD,**

Rav4 came to a stop on 7th street just south of the Palm intersection.

Agent Pincoski exited his vehicle, and approached the passenger side of the Rav4 as Agent Hunter had approached the driver side door. Agent Hunter identified himself as a Border Patrol Agent to the driver, later identified as the defendant Shannon Marie POLLARD, who was visibly shaken and acting nervous, and asked her how she knew the passenger. She stated that the passenger was her cousin. Agent Pinkoski identified himself as a Border Patrol Agent and asked POLLARD to roll down the passenger window and noticed the passenger who was soaking wet, trembling and a wet life jacket on the rear seat. Agent Pincoski ordered the passenger to exit the vehicle and performed an immigration inspection of the individual, later identified as material witness LOAIZA-Romero, Christian. LOAIZA-Romero stated that he is a citizen of Mexico without immigration documents that would allow him to enter or remain in the United States legally.

Agent Pincoski informed Agent Hunter that this was an alien smuggling event and that the passenger had just been dropped off by PWC and got into the Rav4. At approximately 8:05 AM, Agent Pincoski placed LOAIZA under arrest and Agent Hunter placed POLLARD under arrest. This area is approximately three- and one-half miles north of the United States/Mexico International Boundary and approximately six miles west of the San Ysidro, California Port of Entry.

Defendant POLLARD was advised of her Miranda rights, and stated that she was willing to answer questions without the presence of an attorney. POLLARD stated that on the night before her event, she was shown a picture of an individual she was directed to pick up, and that he goes by the name of "Christian". POLLARD stated she left her home in Oceanside, California at approximately 5:00 AM, and at approximately 6:15 AM, she arrived in Imperial Beach, California. POLLARD said that she waited for approximately 45 minutes to one hour, before relocating to a trolley stop. There, POLLARD stated that she approached someone and asked to borrow a phone to call her "friend" as to what she was supposed to do. POLLARD stated she was told to go back to Imperial Beach and wait. After she returned to Imperial Beach, POLLARD said she got out on foot and began walking on the beach. POLLARD claimed that approximately 10 minutes later she saw a jet ski and said that it was obvious since it was the only one out on the water. POLLARD stated the passenger disembarked from the jet ski, at which time she gestured to him to come over to her. POLLARD said she recognized the passenger as "Christian" from the photo she was shown the evening prior. POLLARD stated that she and LOAIZA-Romero walked to her vehicle, entered, and began driving. POLLARD

**CONTINUATION OF COMPLAINT:**
Shannon Marie POLLARD,

stated that she she was supposed to drop off LOAIZA-Romero at an undetermined location near Mission Viejo, California. POLLARD admitted to smuggling and stated that she knew it was illegal. POLLARD claimed she was getting paid $1,200 to smuggle. When asked if she knew the passenger she was picking up was an illegal alien, POLLARD stated that the wording was not exactly framed that way, but was able to infer that likely he would be an illegal alien.

Material witness Christian Esteban LOAIZA-Romero stated that he entered the United States illegally via the ocean while riding as a passenger on a jet ski. LOAIZA stated that after being dropped off in the United States, that as he walked to a parking lot that an individual approached him directed him to a white vehicle. LOAIZA stated that his intended destination was San Diego, California, and that he entered the United States to work. When shown a photographic lineup, LOAIZA-Romero was able to identify POLLARD as the as the driver of the white Toyota Rav4.